UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GINA VICTORIA BERRY,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | **Case No.:**  3:21-cv-00505-ART-CSD<br><br>**ORDER APPROVING**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Gina Berry, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint with prejudice against Defendant Trans Union LLC ("Trans Union") only.

Plaintiff is dismissing this action as to Trans Union because Plaintiff and Trans Union have settled all claims between them in this matter.

Trans Union has neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated this 20th day of April, 2022.

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1